B2100B (Form 2100B) (12/15)

# United States Bankruptcy Court

Eastern _____ District Of New York _____

In re Robert Rizzo  
     Maria L. Rizzo

Case No. 8-15-71535-las

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

Claim No. 29-1 (if known) was filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 10/16/2018 (date).

Name of Alleged Transferor  
U.S. Bank Trust National Association  
c/o SN Servicing Corporation

Address of Alleged Transferor:  
c/o SN Servicing Corp  
323 5th Street  
Eureka, CA 95501

Name of Transferee  
U.S. Bank Trust National Association as Trustee of the Tiki Series III Trust

Address of Transferee:  
c/o SN Servicing Corp  
323 5th Street  
Eureka, CA 95501

~~DEADLINE TO OBJECT TO TRANSFER~~

The alleged transferor of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:_____

_____  
**CLERK OF THE COURT**

B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

Eastern District of New York

In re  Robert Rizzo                              ,         Case No. 8-15-71535-las
      Maria L. Rizzo

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

U.S. Bank Trust National Association, as Trustee of the Tiki Series III Trust        U.S. Bank Trust National Association
c/o SN Servicing Corporation

    Name of Transferee                        Name of Transferor

Name and Address where notices to transferee should be sent:
C/O SN Servicing Corp.
323 5th Street
Eureka, CA 95501

Phone: 800-603-0836
Last Four Digits of Acct #: 3215

Name and Address where transferee payments should be sent (if different from above):
SN Servicing Corporation
PO Box 660820
Dallas, TX 75266-0820
Phone:
Last Four Digits of Acct #: 3215

Court Claim # (if known): 29-1
Amount of Claim: $339503.82
Date Claim Filed: 08/10/2015

Phone:
Last Four Digits of Acct. #: 3215

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Mike Egan                        Date: 9/20/2018
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.



**SN SERVICING CORPORATION**
323 5TH STREET
EUREKA CA 95501

(800) 603-0836
Para Español, Ext. 2660 o 2643
8:00 a.m. – 5:00 p.m. Pacific Time
Main Office NMLS #5985
Branch Office NMLS #9785

September 4, 2018

ROBERT RIZZO
MARIA L RIZZO
159 MIDDLEVILLE RD
NORTHPORT NY  11768

RE:   **Loan Number:** ▮▮▮▮▮▮▮▮
Collateral: 159 MIDDLEVILLE ROAD; NORTHPORT, NY

## NOTICE OF ASSIGNMENT, SALE OR TRANSFER OF LOAN

Dear Borrower:

The Truth in Lending Act, 15 U.S.C. 1601, requires that borrowers receive a written Notice when their loan is assigned, sold or transferred.  This assignment, sale or transfer does not change the terms of your loan or your contractual obligations as described in your loan documents.  The information below describes the details of the assignment, sale or transfer of your mortgage loan:

- Date of Assignment, Sale or Transfer: **July 31, 2018**

- The transfer of ownership has been filed in the mortgage records for the county or local jurisdiction where the property securing this mortgage is located or registered with Mortgage Electronic Registration systems, Inc. whichever is applicable to this mortgage loan.

- A servicer is authorized to act on behalf of the owner/lender to handle the daily servicing of your loan. Your servicer collects payments for your account.  **If you have any questions about your loan, please contact your servicer at the telephone number, address or website listed below:**

  Name:              **SN Servicing Corporation**
  Address:           **323 Fifth Street, Eureka CA  95501**
  Telephone Number: **(800) 603-0836 (Toll free) 8:00 a.m. - 5:00 p.m. Pacific Time**
  Website Address:   www.snsc.com

- An owner (also known as a "lender") is the person to whom the loan belongs.  The identity of your new owner is:
  Name:              **Tiki Series III Trust**
  Address:           **7114 E. Stetson Dr., Suite 250; Scottsdale, AZ 85251**
  Telephone Number: **(602) 802-8305**

**Partial Payment:**
On behalf of the lender, the servicer may hold payments that are less than the full amount due (partial payments) in a separate account until you pay the rest of the payment, and then apply the full payment to your loan.

If this loan is sold, your new lender may have a different policy.

**Please do not send payments to the owner listed above, as they will not be credited to your loan. Your monthly payments and all inquiries must be sent directly to your servicer, SN Servicing Corporation.  The servicer has authority to act on the owner's behalf with regard to the administration of your loan.**

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

-----------------------------------------------------------------X
IN RE:

Robert Rizzo
Maria L. Rizzo

    Debtor

CASE NO.: 15-71535

CHAPTER: 13

HON. JUDGE.:

LOUIS A. SCARCELLA

-----------------------------------------------------------------X

## CERTIFICATION OF SERVICE

      On October 16, 2018, I served a true copy of the annexed **NOTICE OF TRANSFER OF CLAIM** by mailing the same by First Class Mail in a sealed envelope, with postage prepaid thereon, in a post office or official depository of the U.S. Postal Service within the State of New York, addressed to the last known address of the addressee, and the property address as indicated on the attached Service List annexed hereto.

                                        By: /s/ Richard Postiglione
                                        Richard Postiglione, Esq.
                                        FRIEDMAN VARTOLO LLP
                                        85 Broad Street, Suite 501
                                        New York, New York 10004
                                        T: (212) 471-5100
                                        F: (212) 471-5150

## **SERVICE LIST**

Robert Rizzo
159 Middleville Road
Northport, NY 11768
***Debtor***

Maria L. Rizzo
59 Middleville Road
Northport, NY 11768
***Joint Debtor***

Adam C Gomerman
807 East Jericho Turnpike
Huntington Station, NY 11746
***Debtor's Attorney***

Marianne DeRosa
Standing Chapter 13 Trustee
125 Jericho Tpke
Suite 105
Jericho, NY 11753
***Trustee***

United States Trustee
Long Island Federal Courthouse
560 Federal Plaza – Room 560
Central Islip, NY 11722-4437
***U.S. Trustee***